[No. 59813-9-I.   Division One.   June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL VELASCO
AREA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-10215-9; Douglas D. McBroom, J., en-
tered March 12, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 59844-9-I.   Division One.   June 9, 2008.]

CHRISTINA ABGARIAN, *Appellant*, v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-24248-3, Donald K. Westfall III, J. Pro
Tem., entered June 30, 2006. *Reversed* and *remanded* by
unpublished opinion per Schindler, C.J., concurred in by
Agid and Appelwick, JJ.

[No. 59872-4-I.   Division One.   June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WHEATON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-09086-8, Richard D. Eadie, J., en-
tered March 23, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 59913-5-I.   Division One.   June 9, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN GYAMFI,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 06-1-02401-6, Steven C. Gonzalez, J., en-
tered April 23, 2007. *Affirmed* by unpublished per curiam
opinion.